No. 626, Misc.   GONZALEZ *v.* McGEE ET AL.; and

No. 627, Misc.   HALL *v.* UNITED STATES.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 743.   BROWNELL, ATTORNEY GENERAL, *v.* TOM WE SHUNG.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari granted.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for petitioner. *Jack Wasserman* for respondent.

No. 723.   AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO, *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 6th Cir.   Certiorari granted.   *Harold I. Cammer* for petitioner.   *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Robert G. Johnson* for the National Labor Relations Board, and *Cecil Sims* for the Lannom Manufacturing Co., respondents.

No. 741.   WEBB *v.* ILLINOIS CENTRAL RAILROAD CO. C. A. 7th Cir.   Certiorari granted.   *Carl L. Yaeger* for petitioner.   *Herbert J. Deany* and *Joseph H. Wright* for respondent.

No. 745.   RAYONIER INCORPORATED *v.* UNITED STATES. C. A. 9th Cir.   Certiorari granted.   *Lowell P. Mickelwait* and *Chester Rohrlich* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Alan S. Rosenthal* for the United States.